District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

FILED 9 JUL '26 10:27 USDC-ORP

Page 2 of 10

# UNITED STATES DISTRICT COURT
## District of Oregon

MARKAS A CURTIS
_____
Petitioner

v.

STATE OF OREGON
_____
Respondent

*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:26-cv-01403-MO
*(to be assigned by the Clerk of Court)*

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

#### Personal Information

1.　(a) Your full name: MARKAS ALLEN CURTIS

　　(b) Other names you have used: MARCUS ALLEN CURTIS

2.　Place of confinement:

　　(a) Name of institution: INVERNESS COUNTY JAIL

　　(b) Address: 11540 NE INVERNESS PORTLAND OR 97220

　　(c) Your identification ("SID") number: 15828135

3.　Are you currently being held on orders by:

　　☐ Federal authorities　　☒ State authorities　　☐ Other - explain:

4.　Indicate that you are currently:

　　☒ A pretrial detainee (waiting for trial on criminal charges)

　　☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

　　If you are currently serving a sentence, provide:

　　　　(a) Name and location of the court that sentenced you: _____

　　　　(b) Docket number of criminal case: _____

　　　　(c) Date of sentencing: _____

　　☐ Being held on an immigration charge

　　☐ Other *(explain)*: _____

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                      Page 3 of 10

## Decision or Action You Are Challenging

5.     Indicate what you are challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

_____

6.     Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: CIRCUIT COURT FOR THE STATE OF OREGON FOR MULTNOMAH COUNTY 1200 SW 1ST AVE portland OR 97204

(b) Docket number, case number, or opinion number: 25CR15307

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): PREVENTATIVE Detention ORDER

_____

(d) Date of the decision or action: 07/23/2025

## Your Earlier Challenges of the Decision or Action

7.     **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes                    ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

(b) If you answered "No," explain why you did not appeal: _____

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes                    ☒ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

(b)  If you answered "No," explain why you did not file a second appeal: _____

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes                    ☒ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                                   Page 5 of 10

(b)  If you answered "No," explain why you did not file a third appeal: _____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☒ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☒ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☒ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                      Page 6 of 10

_____
_____
_____

(c)  .  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____
_____

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                    ☒ No

If "Yes," provide:

(a)  Date you were taken into immigration custody: _____

(b)  Date of the removal or reinstatement order: _____

(c)  Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☒ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____
_____
_____
_____
_____

(d)  Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes            ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13. State every ground that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** 6th Amendment of the Constitution

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                    Page 8 of 10

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

In All Criminal Prosecutions, the Accused Shall Enjoy the Right to a Speedy And Public TRIAL

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes          ☒ No

**GROUND TWO:** Amendment 8

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Excessive bail Shall not be Required nor Excessive Fines Imposed, nor Cruel And Unusual Punishment Inflicted.

Nor Abusive tactics in litigation or negotiation Intended to vax Harass or Intimidate An Adverse Party

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☒ No

**GROUND THREE:** Due Process

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Where no State Shall Deprive Any Person of Life, Liberty, or Property, Without "Due Process of Law".

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☒ No

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                             Page 9 of 10

**GROUND FOUR**: _____

_____
_____
_____

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____
_____

(b)  Did you present Ground Four in all appeals that were available to you?
☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not:  _____
       _____
       _____
       _____

## Request for Relief

15.    State what you want the Court to do:  PETITIONER would like the court
to RECALL the Standing ORDER And Block the preventative
Detention Bill, And Allow Defendants to be Able
to post bAil As gRanted by the United STATES
Constitution.

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                          Page 10 of 10

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:*

07/6/26

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 7/6/26

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

* As noted in the instructions to this form (at #6), if you are incarcerated at Snake River Correctional Institution (SRCI) or Two Rivers Correctional Institution (TRCI), you must comply with the requirements of the E-Filing Program posted at the institution and set forth in Standing Order 2019-7 (for SRCI) or 2019-12 (for TRCI). Accordingly, you must submit your filings in this case to prison staff for scanning and electronic submission, instead of mailing the filing using the U.S. Postal Service. Please indicate the date you submitted this petition to prison staff for scanning and electronic submission.

**IN THE CIRCUIT COURT FOR THE STATE OF OREGON
FOR MULTNOMAH COUNTY**

STATE OF OREGON

v.

Markas Allen Curtis  SWIS# 717254

Defendant

Circuit Court No __25CR15307__

District Attorney No __051-1093965C__

Charge (s) __Attempted Murder w/ Firearm, Att. Assault-1 w/ Firearm,__
__UUW x6 w/ Firearm, +2__

**ORDER FOR:**
☐ RELEASE / SECURITY
☐ MOTION DISPOSITION
☐ OTHER_____

Date of Proceeding __7/23/2025__

Court Reporter __N/A - FTR 14C__                FTR ■

Defense Attorney __Rayza Goldsmith__           Bar No. __246532__

District Attorney __Elena Langer__              Bar No. __220150__

Custody Status: ■ In Custody  ☐ On Court Ordered Release  ☐ On Security Release  ☐ On Population Release

I.   RELEASE AND/OR SECURITY HEARING FOR:
A.  Murder/Aggravated Murder
    ☐ Release is denied
    ☐ Security is allowed and set at $_____
B.  All Other Crimes
    ☐ Upon receiving the Jail Records copy of this order, the Sheriff is to release the defendant on the above listed charges
    ☐ Security is reduced to $_____ from $_____
    ☐ Security is increased to $_____ from $_____
    ☐ Security reduction or increase is denied
    ■ Present ~~release and/or~~ custody status is continued
    ☐ Defendant is released on personal recognizance on the above charge(s)
    ☐ Defendant is released to report to PRS
    ☐ Defendant is released to PRS
    ☐ Defendant is released to PRS, if accepted
    ☐ Defendant is released to PRS, interview only
    ☐ Other _____

II.  MOTION DISPOSITION:
The state's motion for preliminary preventative detention is granted for reasons stated on the record. The court finds that the defendant is non-releasable per ORS 135.240. Defendant to be held without bail pending trial.

III. OTHER:
_____
_____
_____
_____

Date Signed __7/23/2025__

Signature of Judge
Hon. Andrew M. Lavin
Typed Name of Judge

23-60 (11/08)    ORDER FOR: RELEASE/MODIFICATION OF RELEASE/SECURITY/MOTION DISPOSITION/ OTHER
DISTRIBUTION: ORIGINAL – COURT, COPIES – JAIL RECORDS, DISTRICT ATTORNEY, PROBATION, DEFENSE ATTORNEY, JUDGE



MATHIAS A CURTIS #FFB354
15340 UE TIMBERLESS DR
PORTLAND OR 97230

CLEARK OF COURT
US DISTRICT COURT, DISTRICT OF
OREGON
1000 SW THIRD AVE SUITE
740
PORTLAND, OR 97204-2102

SUITE
740